```
                UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                  Criminal No. 11-cr-170-01-JL

Ingrid Elena Del Arca Lopez

## O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; no further continuances without exceedingly good cause shown. Final Pretrial is rescheduled to July 26, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Date: May 15, 2012

cc: Jeffrey Levin, Esq.
    Alfred Rubega, Esq.
    U.S. Marshal
    U.S. Probation